UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER R.,

    Plaintiff,

v.

    Case No. 24-cv-12318
    Honorable Linda V. Parker

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## OPINION AND ORDER

On September 5, 2024, Plaintiff filed this lawsuit challenging a final decision of the Commissioner denying Plaintiff's application for social security benefits. (ECF No. 1.) On November 6, 2024, this Court referred the lawsuit to Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 11.) The parties subsequently filed cross-motions for summary judgment. (ECF Nos. 12, 16.)

On July 31, 2025, Magistrate Judge Morris issued an R&R recommending that this Court grant Plaintiff's motion, deny Defendant's motion, and remand the matter under sentence four of 42 U.S.C. § 405(g). (ECF No. 18.) At the

conclusion of the R&R, Magistrate Judge Morris advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." Neither Plaintiff nor Defendant filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morris. The Court therefore adopts Magistrate Judge Morris' recommendations.

Accordingly,

**IT IS ORDERED** that that Plaintiff's motion for summary judgment is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 18, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 18, 2025, by electronic and/or U.S. First Class mail.

                                                          s/Aaron Flanigan  
                                                          Case Manager